## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH POWELL,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Case No. 14-121-KD-N |
| | * | |
| **CITIBANK (SOUTH DAKOTA), N.A.,** | * | |
| | * | |
| Defendant. | * | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Elizabeth Powell and Defendant Citibank (South Dakota), N.A., by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby jointly stipulate to the DISMISSAL of all claims asserted herein WITH PREJUDICE, each party to bear its own costs.

/s/ *Kenneth J. Riemer*
KENNETH J. RIEMER (RIEMK8712)
Attorney for Plaintiff
Underwood & Riemer, P.C.
P. O. Box 1206
Mobile, AL 36633
E-mail: kjr@alaconsumerlaw.com

/s/ *Joshua H. Threadcraft*
JOSHUA H. THREADCRAFT (ASB-7136-H36T)
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, AL 352013
E-mail: Joshua.Threadcraft@burr.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record.

                                             /s/ *Kenneth J. Riemer*
                                             KENNETH J. RIEMER